UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW AYALA,

                        Plaintiff,

v.

PICKENS, et al.,

                        Defendants.

Case No. 3:23-cv-00234-MMD-CSD

ORDER

On April 3, 2024, Plaintiff Matthew Ayala ("Plaintiff") filed duplicate motions seeking clarification on the nature of the certificate of interested parties, and he did not appear to know if he had to file one to pursue his current lawsuit. (ECF Nos. 9, 10.) Because the Court does not require Plaintiff to file a certificate of interested parties in this case, his motions are denied without prejudice. The Court will provide Plaintiff the applicable Local Rule concerning certificates of interested parties for his own knowledge.

Under the Local Rules of this Court, "**[u]nless the Court orders otherwise**, in all cases except habeas corpus cases, pro se parties and attorneys for private non-governmental parties must identify in the disclosure statement all persons, associations of persons, firms, partnerships or corporations . . . that have a direct, pecuniary interest in the outcome of the case." LR 7.1-1 (emphasis added). Therefore, Plaintiff does not need to file a certificate of interested parties in this case because the Court will not require it here. The Court denies his motions (ECF Nos. 9, 10) without prejudice.

DATED THIS 11th day of April 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1