AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants Jesse Cox, Seth Davis, Michael Jannacone, Madeline Pickens, Chet Rigney, Curtis Rigney, Michael Stolk, and Angela Searle*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW AYALA,<br><br>            Plaintiff,<br><br>v.<br><br>PICKENS, *et al.*,<br><br>            Defendants. | Case No. 3:23-cv-00234-MMD-CSD<br><br>ORDER GRANTING<br>**DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**[Second Request]** |

Defendants Jesse Cox, Seth Davis, Michael Jannacone, Madeline Pickens, Chet Rigney, Curtis Rigney, Michael Stolk and Angela Searle, hereby request a 31-day extension to file their Dispositive Motion; setting the new deadline as October 16, 2025. This is the second request.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION**

Plaintiff Matthew Ayala (Plaintiff) brings this action *pro se* pursuant to 42 U.S.C. § 1983. ECF No. 5 at 1. Ayala is an inmate currently housed at Ely State Prison. After mandatory screening and two screening orders, ECF Nos. 5 & 12, the Court permitted Ayala to proceed on the following claims: (1) Eighth Amendment excessive force against Defendants

Stolk, Pickens, Chet Rigney, Rigney Sr., Davis, Cox, and Does 1 and 2; (2) Eighth Amendment sexual assault claim against Defendant Chet Rigney; (3) Eighth Amendment deliberate indifference to a serious medical need claim against Defendants Garcia, Searle, Stolk, Pickens, Chet Rigney, Rigney Sr., Davis, Cox, and Does 1, 2, 3, and 6; and (4) First Amendment retaliation claim against Defendants Janicome and Doe 6. ECF No. 12 at 2:5-11. On July 8, 2025, this Court filed an amended Scheduling Order setting discovery deadlines in this matter:

- Dispositive Motion Deadline: September 15, 2025; and
- Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion); October 14, 2025.

ECF No. 58.

## II. ARGUMENT

Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time . . . with or without motion or notice . . . if a request is made, before the original time or its extension expires." Defendants seek an extension of time to respond to file their dispositive motion. Good cause is present to extend the dispositive motion deadline until October 16, 2025.

There is currently an ongoing statewide outage, which blocks the Attorney General's Office's VPN access. The Court has been informed by General Counsel of the issue. Therefore, Counsel for Defendants has very limited access to case files and documents. Counsel is working to regather the various documents, including all of the ones in this case. The 31-day extension would not prejudice plaintiff because he has yet to file his dispositive motion and likely would benefit him as well by giving him more time to prepare any motion he wishes to submit.

Accordingly, Defendants respectfully request that the extension be granted for good cause shown. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010) (holding that the "district court abused its discretion in denying party's timely motion" to extend time because the party "demonstrated the 'good cause' required by Rule 6, and

because there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension").

## IV. CONCLUSION

Based on the foregoing, and for good cause, Defendants request an extension of time until October 16, 2025, for their motion for summary judgment.

DATED this 15th day of September, 2025.

```
                                    AARON D. FORD
                                    Attorney General

                                    By: /s/ Nathan M. Claus
                                        NATHAN M. CLAUS (Bar No. 15889)
                                        Deputy Attorney General

                                    Attorneys for Defendants
```

IT IS SO ORDERED.

DATED:  September 16, 2025.

_____
Craig S. Denney
United States Magistrate Judge